

January 27, 2014

Clerk, United States Bankruptcy Court
Middle District of Alabama
Montgomery Division

## REQUEST FOR SERVICE OF NOTICES

RE: Debtor(s)        :   Georgia Marshall
    Case Number      :   12-32806
    Chapter          :   13
    Secured Creditor :   PennyMac Loan Services, LLC
    Loan Number      :   6730

Dear Sir / Madam:

Would you please add the following interested party to the mailing / service list in the above referenced case:

>   PennyMac Loan Services, LLC
>   c/o Aldridge Connors LLP
>   Bankruptcy Department
>   Fifteen Piedmont Center
>   3575 Piedmont Road, N.E., Suite 500
>   Atlanta, GA 30305

Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ John D. Schlotter
John D. Schlotter, Esq.
Agent for PennyMac Loan Services, LLC

cc: Debtor's Counsel
    Trustee
    United States Trustee

Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
P: 404~994~7400
F: 888~246~7307